UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Respondent,

v.

                                    Crim. No 01-80967
                                    Civ. No. 08-10618
                                    Hon. Lawrence P. Zatkoff

DARNELL ROBERTSON,

    Movant.
                                   /

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    This matter comes before the Court on Magistrate Judge Majzoub's Report and Recommendation [dkt 130], in which the Magistrate Judge recommends that the Court deny Movant's motion to vacate sentence under 28 U.S.C. § 2255 [dkt 104]. Movant did not file objections to the Report and Recommendation and the allotted time period to do so has elapsed. The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

    Accordingly, IT IS HEREBY ORDERED that Movant's motion to vacate sentence under 28 U.S.C. § 2255 [dkt 104] is DENIED.

    IT IS SO ORDERED.

                                          S/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Dated: July 14, 2009

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 14, 2009.

                                            S/Marie E. Verlinde
                                            Case Manager
                                            (810) 984-3290